opinion. Motion denied, with $10 costs, and stay granted until the costs are paid. Order settled and filed with the clerk. See 43 N. Y. Supp. 1154.

---

GARDNER, Appellant, v. DEVIN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Maria Gardner against Susan Devin and others. J. N. Tuttle, for appellant. M. Daly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

GARNER, Respondent, v. AMERICAN SICK BENEFIT & ACCIDENT ASS'N, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by William T. Garner against the American Sick Benefit & Accident Association. No opinion. Judgment affirmed, with costs. All concur, except PARKER, P. J., and PUTNAM, J., dissenting.

---

GATTO v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Giacinto Gatto against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

---

GATTO, Respondent, v. MAYOR OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Giacinto Gatto against the mayor of the city of New York. G. O'Reilly, for appellant. W. S. Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

GIBSON ELECTRIC CO. v. LIVERPOOL & LONDON & GLOBE INS. CO. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the Gibson Electric Company against the Liverpool & London & Globe Insurance Company. No opinion. Motion denied on payment of $10 costs, and on the stipulation made by the defendant company's attorneys, which stipulation is to be filed with the clerk of this court. See 41 N. Y. Supp. 675.

---

GILCHRIST v. FORTY–SECOND ST., M. & ST. N. AVE. RY. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Gilchrist against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce her recovery of damages to $5,000 and extra allowance proportionately; and, in case of such stipulation, judgment, as reduced, unanimously affirmed, without costs.

---

GILCHRIST, Respondent, v. FORTY–SECOND ST., M. & ST. N. AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by Margaret Gilchrist against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railway Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce her recovery of damages to $5,000 and extra allowance proportionately; and, in case of such stipulation, judgment, as reduced, unanimously affirmed, without costs.

---

GIVENS, Respondent, v. ITHACA ST. RY CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by William R. Givens against the Ithaca Street-Railway Company. No opinion. Judgment modified by striking therefrom the clause awarding plaintiff final judgment for the relief demanded in the complaint, and, as thus modified, affirmed, with costs to respondent.

---

GLEASON, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by William A. Gleason against Jacob Smith. No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed.

---

GOULD et al., Respondents, v. GAULY, Appellant. (City Court of New York, General Term. July 15, 1897.) Action by John Gould and William J. Gould against Michael Gauly. James Kearney, for appellant. Grantz Nathan, for respondents.

McCARTHY, J. The jury settled the questions of dispute and contradiction by finding for the plaintiffs, which we cannot disturb under the evidence presented. We find no errors, and therefore the judgment is affirmed, with costs.

---

GREENE et al., Respondents, v. TOMPKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by O'De Grasse Greene and another against Allie E. Tompkins, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

GRIESER, Respondent, v. BUFFALO & N. F. ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Dominicus Grieser against the Buffalo & Niagara Falls Electric Railway Company. No opinion. Judgment and order affirmed, with costs.

---

GRIFFING, Respondent, v. AMERICAN SICK BENEFIT & ACCIDENT ASS'N, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Edgar T. Griffing against the American Sick Benefit & Accident Association. No opinion. Judgment affirmed, with costs. All concur, except PARKER, P. J., and PUTNAM, J., dissenting.

---

GRISWOLD, Respondent, v. EDEN, Appellant. (City Court of New York, General Term. June, 1897.) Action by M. Adelaide Griswold against Edward Eden. J. B. Hands, for appellant. G. A. Heaney, for respondent.

SCHUCHMAN, J. Order appealed from "denying motion to vacate and set aside the service